2:23-cv-03146-RMG    Date Filed 06/26/23    Entry Number 11-2    Page 1 of 1
2:18-mn-02873-RMG    Date Filed 06/26/23    Entry Number 3341    Page 2 of 2
Case MDL No. 2873   Document 1959   Filed 06/26/23   Page 2 of 2

IN RE: AQUEOUS FILM–FORMING FOAMS
PRODUCTS LIABILITY LITIGATION                                                      MDL No. 2873

### SCHEDULE CTO–138 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 2 | 23–00729 | Rawlins v. 3M Company Inc |
| MARYLAND | | | |
| MD | 1 | 23–01457 | Anne Arundel County, Maryland v. 3M Company et al |
| MD | 8 | 23–01461 | Montgomery County, Maryland v. 3M Company et al |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 23–04406 | Brown et al v. 3M Company et al |
| NYS | 1 | 23–04678 | Jackson et al v. 3M Company et al |
| NYS | 1 | 23–04687 | Meranza et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing, Co) et al |
| NYS | 1 | 23–04868 | Willis et al v. 3M Company et al |
| PUERTO RICO | | | |
| PR | 3 | 23–01281 | Commonwealth of Puerto Rico v. 3M Company et al |
| TEXAS NORTHERN | | | |
| TXN | 3 | 23–01257 | Sapp v. 3M Company et al |